

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2016

No. 04-16-00244-CV

**SIG GROUP ENT. LLC**,
Appellant

v.

**MWJI, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-21171
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

      This is an accelerated appeal. The clerk's record and the reporter's records were originally due on April 28, 2016. On May 11, 2016, this court ordered appellant to provide written proof to this court no later than May 19, 2016 that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Our order cautioned appellant that if it did not respond by May 19, 2016, this appeal would be dismissed for lack of prosecution.

      Ms. Angeliz F. Rivera-Martin, the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal, filed her reporter's record on May 16, 2016.

      On May 25, 2016, appellant provided written proof of payment to the district clerk, and the clerk's record was filed on May 25, 2016.

      Appellant's brief is due **no later than June 16, 2016.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2016.



Keith E. Hottle
Clerk of Court